492 A.2d 707

**COMMONWEALTH, Petitioner,**

**v.**

**BENNETT.**

Supreme Court of Pennsylvania.

May 8, 1985.

Petition granted (No. 30 M.D. Appeal Docket 1985).

492 A.2d 707

**COMMONWEALTH**

**v.**

**Dennis Lee SHEFFIELD, Petitioner.**

Supreme Court of Pennsylvania.

May 8, 1985.

Petition granted (No. 57 E.D. Appeal Docket 1985).